UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCOTT HANSON,<br><br>     Plaintiff,<br><br>  v.<br>BLAINE COUNTY, *et. al.*,<br><br>     Defendants. | Case No. 1:16 -cv-00421-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

The Court has before it Plaintiff's Motion for Extension (Dkt. 7). Hanson seeks an extension of time to serve Judith Anderson and Does I-X, plus limited discovery to make service possible. Rule 4(m) states that the court "must extend the time for service for an appropriate period" if a plaintiff shows good cause. Fed. R. Civ. P. 4(m). Here, Hanson explains that Judith Anderson no longer works for Blaine County, and he has not been able to locate her in time to serve her under the typical deadline. He also notes that he has been unable to determine the identity and location of Does I-X.

Under these circumstances, Hanson has shown good cause to extend the service deadline. The Court will also grant Hanson's request to do limited, expedited discovery to determine the identity of Does I-X and the location of Judith Anderson. The other defendants in the case shall work with Hanson on this limited discovery.

**MEMORANDUM DECISION AND ORDER - 1**

**ORDER**

**IT IS HEREBY ORDERED:**

1.  Plaintiff's Motion for Extension (Dkt. 7) is **GRANTED**. Hanson shall have

    until February 28, 2017 to conduct the limited discovery and serve the

    remaining defendants.

DATED: January 30, 2017

B. Lynn Winmill
Chief Judge
United States District Court