IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCOTT HANSON,<br><br>    Plaintiff,<br><br>v.<br><br>BLAINE COUNTY, GENE D. RAMSEY, GOODING COUNTY, SHAUN GOUGH, IDAHO DEPARTMENT OF CORRECTIONS, KEVIN WAYT, WILLIAM SHUBERT, JESUS GONZALEZ, JUDITH PETERSON, and JOHN DOES I - X,<br><br>    Defendants. | Case No. 1:16-cv-00421-BLW<br><br>ORDER |

Currently pending before the Court is Plaintiff's Motion For Extension Re: Expert Disclosure (Dkt. 52) and Motion to Modify Case Management Order (Dkt. 54). Having reviewed and considered Plaintiff's motion and supporting declaration, having heard oral argument from counsel for all parties on December 22, 2017, and in view of the Stipulation signed by counsel for Plaintiff and Defendants, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Plaintiff's Motions are GRANTED. The Court's Case Management Order (Dkt. 37) is hereby modified as follows:

1. All discovery shall be completed by **March 30, 2018**;

2. All dispositive motions shall be filed by **April 27, 2018;**

3. Plaintiff shall disclose the experts intended to be called at trial on or before **January 22, 2018**;

4.  Defendants shall disclose experts intended to be called at trial on or before **February 22, 2018**; and

5.  All rebuttal experts shall be disclosed by **March 8, 2018**.

DATED: **March 1, 2018**

B. LYNN WINMILL
Chief U.S. District Court Judge