UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCOTT HANSON,<br><br>   Plaintiff,<br><br>   v.<br><br>BLAINE COUNTY, *et al.*,<br><br>   Defendants. | Case No. 1:16-cv-00421-BLW<br><br>ORDER |

   Having granted attorneys' fees to Defendants in this matter on December 22, 2017, having reviewed and considered the Memorandum of Attorney Fees (Dkt. 62) and Affidavit in Support (Dkt. 62-1) filed by Defendants Blaine County, Gene D. Ramsey, Gooding County, Shaun Gough, William Shubert and Jesus Gonzales (hereafter the "County Defendants"), and having not received any response or opposition from Plaintiff Scott Hansen regarding the County Defendants' report of fees,

   IT IS HEREBY ORDERED that Plaintiff shall pay attorneys' fees totaling $1,834.00 to the County Defendants, with $1,245.00 being paid to Defendants Blaine County and Ramsey, and $589.00 being paid to Defendants Gooding County, Gough, Shubert, and Gonzalez.

DATED: July 19, 2018

B. Lynn Winmill
Chief U.S. District Court Judge

ORDER - 1